# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
9/25/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

G & G Closed Circuit Events, LLC, )
*Plaintiff* )
v. ) Civil Action No. 2:18-cv-01388-WDK-JC
Walter Humberto Chacon, )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* G & G Closed Circuit Events, LLC recover from the defendant *(name)* Walter Humberto Chacon the amount of Ten Thousand and One dollars ($ 10,001.00 ), ~~which includes prejudgment interest at the rate of~~ -- ~~%, plus post judgment interest at the rate of~~ -- ~~% per annum.~~ no other fees or costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ Pursuant to Plaintiff's Acceptance of Defendant's Offer of Judgment Pursuant to Rule 68.

Date: September 25, 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*